```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAURA L. FERRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 551-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 02-522-WBS |
| Plaintiff, ) | |
| v. ) | MOTION TO DISMISS NO BAIL BENCH WARRANT FOR FAILURE TO APPEAR AS A WITNESS |
| DENNIS MICHAEL FIELDS, ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through its undersigned counsel, moves to dismiss the arrest warrant in the above-captioned action. On September 1, 2004, during the second day of the trial of Dennis Michael Fields, this Court issued a no bail bench warrant for Joseph Stevens for failure to appear as a witness in the trial. Mr. Stevens was not found before the end of trial and has not been found to date. Given the passage of

/ / /

/ / /

/ / /

time and the lack of resources, the government recommends that the arrest warrant be dismissed.

DATED: April 23, 2009         LAWRENCE G. BROWN
                              Acting United States Attorney

                        By:   /s/ Laura L. Ferris
                              LAURA L. FERRIS
                              Assistant U.S. Attorney

ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the bench warrant for Joseph Stevens, issued for failure to comply with a court ordered subpoena, be and is hereby dismissed.

**IT IS SO ORDERED.**

DATED: April 23, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE